# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (Wichita Docket)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | } | |
| | } | |
| Plaintiff, | } | Criminal Action |
| | } | |
| v. | } | No.   19-CR-10109-JWB |
| | } | |
| **KRISTI S. PRASEUTH,** | } | |
| | } | |
| Defendant. | } | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

PROVIDING FALSE INFORMATION
IN CONNECTION WITH THE
PURCHASE OF FIREARMS
[Title 18, U.S.C. Section 922(a)(6)]

On or about November 21, 2018, in the District of Kansas,

**KRISTI S. PRASEUTH,**

the defendant herein, in connection with the purchase of firearms, that is:

    a. a Taurus, model G2C, 9mm semi-automatic pistol, S/N TLU78401;
    b. a Taurus, model PT111, 9mm semi-automatic pistol, S/N TKX52011; and
    c. a Taurus, model 605, .357 caliber revolver, S/N LW99636;

from A Loan At Last, 3375 E. 47th Street South, Wichita, Kansas, a licensed dealer of

firearms, knowingly made a false and fictitious statement to A Loan at Last, which

statement was intended and likely to deceive that business as to a fact material to the

lawfulness of the sale of the firearms to the defendant, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearms indicated on the Form 4473, when in fact, as the defendant knew, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code § 922(a)(6) and Title 18, United States Code § 2.

## COUNT 2

PROVIDING FALSE INFORMATION
IN CONNECTION WITH THE
PURCHASE OF FIREARMS
[Title 18, U.S.C. Section 922(a)(6)]

On or about December 21, 2018, in the District of Kansas,

**KRISTI S. PRASEUTH,**

the defendant herein, in connection with the purchase of firearms, that is:

a. a Taurus, model G2C, 9mm semi-automatic pistol, S/N TLU55429; and
b. a Smith & Wesson, model SDV40VE, .40 caliber semi-automatic pistol, S/N FZX7920;

from Academy Sports and Outdoors, 2710 N. Maize Road, Wichita, Kansas, a licensed dealer of firearms, knowingly made a false and fictitious statement to Academy Sports and Outdoors, which statement was intended and likely to deceive that business as to a fact material to the lawfulness of the sale of the firearms to the defendant, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the

actual buyer of the firearms indicated on the Form 4473, when in fact, as the defendant knew, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code § 922(a)(6) and Title 18, United States Code § 2.

## COUNT 3

PROVIDING FALSE INFORMATION
IN CONNECTION WITH THE
PURCHASE OF FIREARMS
[Title 18, U.S.C. Section 922(a)(6)]

On or about December 21, 2018, in the District of Kansas,

**KRISTI S. PRASEUTH,**

the defendant herein, in connection with the purchase of firearms, that is:

a. a Taurus, model G2S, 9mm semi-automatic pistol, S/N TLT15690

from Range 54, 5725 E. Kellogg, Wichita, Kansas, a licensed dealer of firearms, knowingly made a false and fictitious statement to Range 54, which statement was intended and likely to deceive that business as to a fact material to the lawfulness of the sale of the firearms to the defendant, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearms indicated on the Form 4473, when in fact, as the defendant knew, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code § 922(a)(6) and Title 18, United States Code § 2.

# FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in Counts 1 through 3 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to:

> a. a Taurus, model G2C, 9mm semi-automatic pistol, S/N TLU78401;
> b. a Taurus, model PT111, 9mm semi-automatic pistol, S/N TKX52011; and
> c. a Taurus, model 605, .357 caliber revolver, S/N LW99636;
> d Taurus, model G2C, 9mm semi-automatic pistol, S/N TLU55429; and
> e. a Smith & Wesson, model SDV40VE, .40 caliber semi-automatic pistol, S/N FZX7920;
> f. a Taurus, model G2S, 9mm semi-automatic pistol, S/N TLT15690

All pursuant to 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

August 14, 2019  
DATE

s/ Foreman  
FOREMAN OF THE GRAND JURY

s/ Stephen R. McAllister
Stephen R. McAllister
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
(316) 269-6481
Ks.S.Ct. No. 15845

(It is requested that trial be held in Wichita, Kansas.)